**IN UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CAUSE NO: 2:26-cr-20255-SHL** |
| **TAMARA SAWYER** | **DEFENDANT** |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that John Keith Perry, Jr., of Perry Griffin, P.C., 5699 Getwell Road, Building G5, Southaven, Mississippi 38672, hereby enters his appearance as counsel of record for the defendant, Tamara Sawyer.

Respectfully submitted,

**ATTORNEY FOR DEFENDANT**

_____
John Keith Perry, Jr., (TNB#24283)
**PERRY GRIFFIN, PC**
5699 Getwell Road. Bldg. G5
Southaven, MS 38672
P: 662-536-6868
F:662-536-6869
Email: JKP@PerryGriffin.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing document was served upon all counsel of record via the Courts ECF filing system as follows:

J. William Crow
DOJ-USAO
167 N. Main St., Suite 800
Memphis, TN 38103
Phone: 901-544-4231
Email: will.crow@usdoj.gov

This the 18th day of June, 2026

_____
John Keith Perry, Jr.,